SCOTT, Plaintiff in error, vs. THE STATE, Defendant in error.

*January 12—February 5, 1929.*

*James Murray* and *V. J. Collins,* both of Fond du Lac, for the plaintiff in error.

For the defendant in error there was a brief by *L. E. Gooding,* district attorney of Fond du Lac county, the *Attorney General,* and *J. E. Messerschmidt,* assistant attorney general, and oral argument by *Mr. Gooding* and *Mr. Messerschmidt.*

*By the Court.*—The judgment of the lower court is reversed, and the cause remanded with directions to discharge the defendant.